**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Steven Salaita
                                    Plaintiff,

v.                                                      Case No.: 1:15−cv−00924
                                                       Honorable Harry D. Leinenweber

Christopher Kennedy, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 24, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Defendants' Unopposed Motion for leave to file excess pages [26] is granted. The Applications of Maria C. LaHood, Omar Shakir and Baher Azmy to appear pro hac vice [6, 7, 8] are granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.