| | |
|---|---|
| From: | Ilesanmi Adesida <​██████████​> |
| Sent: | Friday, July 25, 2014 12:33 AM |
| To: | Joyce Tolliver |
| Cc: | Phyllis Wise; Nick Burbules |
| Subject: | Re: Steven Salaita |

Nick, Joyce,

Sorry, I was behind on my emailing all day today! Thank you for your willingness to engage with us on this matter. I will be available for the phone conference at 8 PM.

Ade

On Thu, Jul 24, 2014 at 11:09 AM, Joyce Tolliver <​██████████​> wrote:
Phone conference at 8pm tomorrow works fine for me.

On Thu, Jul 24, 2014 at 9:40 AM, Phyllis Wise <​██████████​> wrote:
Are you talking about Friday evening or Saturday morning?

Sent from my iPad

On Jul 24, 2014, at 9:34 AM, Nick Burbules <​██████████​> wrote:

> **I could do a phone conference from our hotel at the airport. We should be settled and dined by then.**
>
> **Nick**
>
>> On Thu, Jul 24, 2014 at 9:31 AM, Phyllis Wise <​██████████​> wrote:
>> Shall we try for 8pm on Friday? I hate to ask you to extend your week this way. If you would like, we can do it at my home. I'll alert Dick so that he cleans up since I will be away until then. If I have any trouble getting back, I'll let you know as I drive and we can go to a Plan B.
>>
>> Sent from my iPad
>>
>>> On Jul 24, 2014, at 9:28 AM, Nick Burbules <​██████████​> wrote:
>>>
>>> I will be on an airplane at that time, unfortunately.
>>>
>>> Nick
>>>
>>>> On Thu, Jul 24, 2014 at 9:24 AM, Phyllis Wise <​██████████​> wrote:

**Ade just told me that he will be in the office on Saturday. Nick, do you leave by then. If not, we could meet anytime after 10am. I** am in Chicago on Sunday so cannot meet then.

Sent from my iPad

On Jul 24, 2014, at 8:39 AM, Nick Burbules ▉ wrote:

> Duh, how could I forget the retreat?!!
>
> Maybe a conference call would be best. I could make myself available next week.
>
>> On Thu, Jul 24, 2014 at 8:36 AM, Phyllis Wise ▉ wrote:
>> I am in Chicago today and tomorrow and back on Friday evening. I think traffic out of Chicago could be a problem. But I can be pretty sure I could be back by 8pm. I believe Ade leaves for a break on Saturday. I'd be happy to meet in person or by phone.
>>
>> Sent from my iPad
>>
>>> On Jul 24, 2014, at 8:26 AM, Joyce Tolliver ▉ wrote:
>>>
>>> Dear Ade and Phyllis,
>>>
>>> I appreciate your reaching out to us. I think Nick is right that it would be good to have a conversation about this. Just let me know when would work for you. Of course you are always welcome to give me a call directly ▉.
>>>
>>> best
>>> Joyce
>>>
>>>> On Thu, Jul 24, 2014 at 8:10 AM, Nick Burbules ▉ wrote:
>>>> Thanks Ade, Phylis,
>>>>
>>>> I share your concerns. I would be happy to meet to discuss this, which would be better than doing it through email. I am available all day today and tomorrow, then leave for a week with the family.
>>>>
>>>> Nick

On Thu, Jul 24, 2014 at 7:13 AM, Phyllis Wise <██████████████> wrote:

Joyce, Nick and Ade,

Let me add that the hateful, totally unprofessional and unacceptable Twitters have appeared mainly since July. This is after the decision to hire him and after his acceptance of our offer. It reveals a side of the person that I believe makes it difficult for him to contribute to the culture of respect, collegiality, collaboration that we hold so dear.

Phyllis


On Thursday, July 24, 2014 6:28 AM, Ilesanmi Adesida <██████████████> wrote:


Nick, Joyce,

We have run into a buzz saw again! This is with respect with the case of one Steven Salaita who is coming this Fall to the Department of American Indian Studies. His case made the NG a few days ago and that essentially was when we became aware of his intense tweets and messages on Israel, Jews, and the Middle East! Over the last two days, the Chancellor has been deluged with protest messages from outraged alumni and the public! I did not know about him and the Chancellor did not know about him at all. We can discuss the intricacies of his case and the fact that his case has not made it to the BoT yet; that is coming up in September. He is coming to campus in August to take up his position on campus.

One thing that we would like to to do is to figure out how we prevent this sort of highly charged and negative blow back like we have had on Kilgore and now Salaita in the future. Salaita was recruited over two years ago and his offer letter was signed in September last year. I know that we are trying to develop something for background check for criminal issues but this now borders of free speech/hateful speech domain. What is acceptable and what are not acceptable, that is the question. We have to engage carefully with

    the Deans but I want to begin to seek your
wise counsel in this domain even before that.
This is potentially a slippery territory!

    Ade

    --
Joyce Tolliver

--
Joyce Tolliver