| | |
|---|---|
| Message | |
| From: | ▮▮▮▮▮ |
| Sent: | 3/19/2014 6:34:47 AM |
| To: | Phyllis Wise |
| Subject: | Re: meeting with Chris Kennedy |

Rick is traveling today so I read email to him. I will print out a copy and not forward to him. We appreciate all that you are doing for the COM. Great accomplishments take perseverance and I can tell that is one of your many strengths.

Take care
▮▮▮▮

Sent from my iPad

On Mar 19, 2014, at 12:36 AM, Phyllis Wise ▮▮▮▮▮m> wrote:

Rick,

I may be getting paranoid, but since someone has FOIed all of the emails that Laura Frerichs has exchanged between herself and the internal and external advisory board members with regards to the COM, I am using my personal email and sending it to ▮▮▮▮ personal email. Please see the email below that I just sent to Robin Kaler's personal email with instructions as to how to get it to everyone else. I know that you were ▮▮▮▮ today, so I wanted to get you this information as quickly as I could.

One more thing that I forgot to put in the email below is that Chris wants to talk with Bob and me about the timing of when I would present to the Board committee. This would not be good, but I need to figure out what whether we can begin other steps (e.g. our faculty senate) before I get Board approval.

Best,
Phyllis

On Tuesday, March 18, 2014 11:30 PM, Phyllis Wise ▮▮▮▮▮ wrote:

Dear Robin,

Please print this email out and ask Phyllis to hand carry it to all of the people below. If you want to try to put this in BOX, that is fine with me. Someone, who is out to get Laura, has asked for all email exchanges between her and all of the internal and external advisory board members. So I want us to be really careful.

I will try to call Jim and Rick since I know they want to know quickly how things went. I have already spoken with Peter and I am at a meeting with Greg tomorrow and can give him a heads up.

Peter Fox
Jim Leonard
Greg Lykins
Chris Meyer
Rick Stephens
Jennifer Woodard

Laura Frerichs

Ade
Mike DeLorenzo
Pradeep Khanna
Normand Paquin
Dan Peterson
Peter Schiffer

I met with Chris Kennedy today (March 18, 2014). I went through all of the points that you all helped to prepare. I showed him the AAU data and the bubble diagram showing how this would impact the state, Chicago, central Illinois, Urbana-Champaign, and our campus. I told him about the BCD study and about Tripp Umbach. I gave him Paul's contact information and offered to make an e-introduction. He said he would call himself. I did not explain the 501C3 concept because we did not have time.

He started out saying: "I want to be super supportive". But the rest of the conversation was a litany of why we won't be able to get this done.

1. He doesn't think we have a real strategic plan and until we do, we cannot figure out how this fits into our long term plans. He was not complimentary of our plan, said that we had not gotten Board approval before sharing it with others. I told him that I was unaware that we (the campuses) were expected to get Board approval of our plans, and had understood that only the overall university strategic plan required Board approval. I told him that Information and Technology, Health and Wellness, and Economic Development were three of the six areas, which emerged during our discussions with

2. I did not tell him which Board members I had spoken with, but I suspect he knows. He said that talking with individual trustees was the worst kind of governance. I pointed out that if I spoke with more than two at a time, it would fall under the Open Meetings Act requirement.

3. He said that 80% of the population was in Chicagoland and that if they did not like this plan, they would kill it. He said it was a shame that Naomi and Mike Frerichs could not be helpful. He said that Rodney Davis is being targeted by the Dems. He said he was very helpful with the DMDI grant.

4. He said that Bob and he toured several FQHC's in Chicago. Each one has a community board - that if they did not like the idea, they would go to Denny Davis and he would feel obligated to bring in other legislators to kill it.

5. He urged me to talk with Mike Thomson (http://thomsonweir.com/firm-bios/). He said that he would be able to help with Cullerton. I did not tell him that we already had arranged a meeting. He said that Mike had fought the university previously because AT&T was one of his clients and they were agains UC2B.

6. He said that Mayor Emmanuel will be against it and wants his own strong College of Engineering in Chicago and does not want to depend upon Urbana-Champaign. He said that if Rauner gets elected the two will team up and get this done - if not at UIC at Northwestern.

7. He said that if we get a COM and compete for NIH $, that UIC will not get as much and that they will try to kill it. He said we have to get Paula, Lon and Dimitri on our side. He said "buy them out".

8. He said he would talk with Steve Koch.

9. He said that I should talk with Larry Schook since he has day-to-day contact with people in Chicago. I have heard that Larry is actively campaigning against our COM.

10 He is worried that if we create an independent COM that Peoria and Rockford will want their own. I told him that Peoria was relieved that we weren't going to make them align with us and that we would still teach the M1 year.

At the end of the meeting I re-emphasized that this was key to the future vibrancy of the Illinois economy, Chicago economy and ours. If we could not do this it would hurt all of the University of Illinois and certainly our campus. He said but there are 50 voices.

Phyllis