**Message**

**From:** Phyllis Wise
**Sent:** 4/25/2014 2:30:14 PM
**To:** Meisinger Dick []
**Subject:** Better not to correspond on my IL email

Dick,

I have been FOIAed on all correspondence relative to the COM. Please don't ask anything, as innocent as it may seem on that email from your Illinois email.

I left Tim a vm.

Phyllis

Sent from my iPad