# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEVEN SALAITA, ) | |
| ) | Case No. 1:15 Civ. 924 |
| Plaintiff, ) | |
| ) | Hon. Harry D. Leinenweber, |
| v. ) | District Judge |
| ) | |
| CHRISTOPHER KENNEDY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |

## AGREED STIPULATION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, STEVEN SALAITA, and CHRISTOPHER KENNEDY; RICARDO ESTRADA; PATRICK J. FITZGERALD; KAREN HASARA; PATRICIA BROWN HOLMES; TIMOTHY KORITZ; EDWARD L. MCMILLAN; PAM STROBEL; ROBERT EASTER; CHRISTOPHE PIERRE; PHYLLIS WISE; and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, stipulate to the dismissal, with prejudice, of all claims asserted against all Defendants, each party to bear its own fees and costs.

| | |
|---|---|
| Attorney for Plaintiff, | Attorney for all Defendants, |
| | |
| /s/ Anand Swaminathan | /s/ Chris Wilson |
| Jon Loevy | Christopher B. Wilson |
| Anand Swaminathan | Richard M. Rothblatt |
| Gretchen Helfrich | Perkins Coie LLP |
| Steven Art | 131 S. Dearborn Street, Suite 1700 |
| Loevy & Loevy | Chicago, IL 60603 |
| 312 N. May, Ste. 100 | |
| Chicago, IL 60607 | |

## **CERTIFICATE OF SERVICE**

I, Anand Swaminathan, an attorney, certify that on January 19, 2016, I filed the foregoing Stipulation of Dismissal using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Anand Swaminathan
Anand Swaminathan
*Counsel for Steven Salaita*